**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES           *

                       *

     v.                  *        CRIM. NO.

                       *

                       *

                       *

                   *****

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

_____ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

_____ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

      _____ The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

      _____Other:

Dated:  March 31, 2021

                               *[signature]*

                          _____

                          Hon. Brian Martinotti
                          United States District Judge